WILLIAM E. FITZPATRICK
United States Attorney
ALLAN B. K. URGENT
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 297-2079
Fax: (973) 297-2010
Email: allan.urgent@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORI TAMI,<br><br>   *Plaintiff,*<br><br>  v.<br><br>WILLIAM E. BUTLER, JR., ET AL.,<br><br>   *Defendants.* | HON. KATHARINE S. HAYDEN<br><br>*Civil Action No.* 2:17-cv-12254-KSH-CLW<br><br>NOTICE OF MOTION |

To: Sander Budanitsky, Esq.
   Law Offices of Sander Budanitsky, LLC
   520 West First Avenue
   Roselle, NJ 07203

   Jaclyn M. Frey, Deputy Attorney General
   Office of the Attorney General of New Jersey
   R.J. Hughes Justice Complex
   25 Market Street, P.O. Box 116
   Trenton, NJ 08625

   PLEASE TAKE NOTICE, that on January 16, 2018, at 10:00 am, or as soon thereafter as counsel may be heard, WILLIAM E. FITZPATRICK, Acting United States Attorney for the District of New Jersey (ALLAN B. K. URGENT, Assistant United States Attorney, appearing), as attorney for Defendant United States of America, will apply to this Court for an Order dismissing this action as to the

United States of America for lack of subject matter jurisdiction, or alternatively for failure to state a claim upon which relief may be granted.

In support of this motion, the Court is respectfully referred to the attached Brief, Declaration and Proposed Order. Defendant United States requests that this motion be decided on the papers submitted, without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure.

                                            Respectfully submitted,

                                            WILLIAM E. FITZPATRICK
                                            Acting United States Attorney

                                            *s/Allan B. K. Urgent*
By:
                                            ALLAN B. K. URGENT
                                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I, Allan B. K. Urgent, hereby certify that I caused to be served a copy of the within Notice of Motion, Brief, Declaration and Proposed Order by First Class Mail on December 12, 2017, upon the following person:

Sander Budanitsky, Esq.
Law Offices of Sander Budanitsky, LLC
520 West First Avenue
Roselle, NJ 07203

    I further certify that a copy of the Notice of Motion, Brief, Declaration and Proposed Order were served through the Court's CM/ECF system on December 12, 2017, upon the following person:

Jaclyn M. Frey, Deputy Attorney General
Office of the Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 116
Trenton, NJ 08625

    I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

    Executed on this 12th day of December, 2017.

                                            *s/Allan B. K. Urgent*

                                            Allan B. K. Urgent
                                            Assistant United States Attorney