UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORI TAMI,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM E. BUTLER, JR., and<br>NJ TRANSIT CORP., and<br>UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil No.: 17-cv-12254 (KSH) (CLW)<br><br><u>ORDER</u> |

THIS MATTER having come before the Court on the motion (D.E. 4) of defendant the United States of America (the "United States") to dismiss the complaint as against it, and the Court having considered the parties' submissions; for the reasons set forth in the opinion filed herewith,

**IT IS,** on this 31st day of March, 2019,

**ORDERED** that the United States' motion (D.E. 4) is GRANTED; and it is further

**ORDERED** that this case is remanded to the SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, ESSEX COUNTY.

The Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1