## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Newark, NJ

LORI TAMI

                    Plaintiff,

v.                                 Case No.: 2:17−cv−12254−KSH−CLW

                                     Judge Katharine S. Hayden

WILLIAM E BUTLER, JR, et al.

                    Defendant.

Clerk, Superior Court of New Jersey
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

State No: ESX−L−0044028−17

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                      Very truly yours,

                                      William T. Walsh, Clerk
                                      By Deputy Clerk, cm

encl.
cc: All Counsel